In the Matter of ESTELLE WEISMAN, Appellant, v. TEACHERS' RETIRE-MENT BOARD OF THE CITY OF NEW YORK et al., Respondents.— Order, entered on December 4, 1963, unanimously affirmed, without costs. This determination is without prejudice to any proceeding petitioner may be advised to institute after the present proceedings before the board are completed. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.